IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEXTER GIDEON,

      Petitioner,

v.

THE PUBLIC DEFENDER'S
OFFICE, FIRST JUDICIAL
CIRCUIT,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5803

Opinion filed March 3, 2017.

Amended Petition for Writ of Mandamus -- Original Jurisdiction.

Dexter Gideon, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of mandamus is denied as premature.

RAY, MAKAR, and WINSOR, JJ., CONCUR.